**No. 44959.**—Protests 757043–G, etc., of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of cabinets in chief value of wood. The claim at 33⅓ percent under paragraph 412 was sustained on the authority of Abstract 37636.

**No. 44960.**—Protests 25060–K, etc., of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) three-tube horns like those the subject of Abstract 40185 at 45 percent under paragraph 397; (2) squawker balloons in part of bamboo at 45 percent under paragraph 409, Abstract 40493 followed; and (3) opera glasses similar to those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74) at 35 percent under paragraph 228 (b) and the French Trade Agreement.

**No. 44961.**—Protest 24872–K of Katagiri Bros. (New York).

Opinion by OLIVER, P. J. It was stipulated that the microscope sets in question are similar to those the subject of *Wolf* v. *United States* (26 C. C. P. A. 243, C. A. D. 23). The claim at 45 percent under paragraph 228 was therefore sustained.

**No. 44962.**—Protest 16213–K of Schwartz-Gilbert Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of opera glasses similar to those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74). The claim at 35 percent under paragraph 228 (b) and T. D. 48316 was therefore sustained.

**No. 44963.**—Protest 15087–K of S. H. Kress & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of uninflated rubber animals similar to those the subject of Abstract 41517. The claim at 25 percent under paragraph 1537 was therefore sustained.

BEFORE THE FIRST DIVISION, DECEMBER 17, 1940

**No. 44964.**—Protests 992023–G, etc., of Amfo, Inc., et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of atomizers in chief value of decorated glass similar to those the subject of Abstract 44140. The claim at 60 percent under paragraph 218 (f) was therefore sustained.